AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BADIA SPICES, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> GEL SPICE COMPANY, INC. <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 15-CV-24391-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gel Spice Company, Inc.
48 Hook Road
Bayonne, New Jersey 07002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Cyril Malloy, III
Meredith Frank Mendez
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 30, 2015

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court