# Exhibit A



GEL-0000628

Case 1:15-cv-24391-MGC   Document 135-1   Entered on FLSD Docket 04/05/2018   Page 3 of 18

# CATCH A FIRE
## AUTHENTIC JAMAICAN GOURMET

Home     Talkin' Spicy     Private Label     Galler

# CHECKOUT

Thank you. Your order has been received.

| ORDER NUMBER: | DATE: | TOTAL: | PAYMENT METHOD: |
|---|---|---|---|
| 2170 | September 11, 2017 | $18.23 | PayPal |

## Order Details

| Product | Total |
|---|---|
| Complete Seasoning Mix 6 oz × 1 | $7.41 |
| Subtotal: | $7.41 |
| Shipping: | $10.82 (incl. tax) via Ground |
| Payment Method: | PayPal |
| Total: | $18.23 (includes $1.03 State Tax) |

**Harry Blumenfeld**

| | |
|---|---|
| **From:** | PayPal <service@paypal.com> |
| **Sent:** | Monday, September 11, 2017 4:11 PM |
| **To:** | Harry Blumenfeld |
| **Subject:** | Your receipt for payment to CATCH A FIRE INC. |



# You paid $18.23 USD to CATCH A FIRE INC.



Thanks for using PayPal, harry blumenfeld

Create a PayPal account in just a few seconds so every checkout is a snap!

**Activate PayPal Now**

Payment details

For your purchase on September 11, 2017

Details

Complete Seasoning Mix 6 oz                                    $6.99 USD

1

GEL-0000629

|  |  |
|---|---|
| Subtotal | $6.99 USD |
| Tax | $1.03 USD |
| Shipping | $10.21 USD |
| **Amount you'll pay** | **$18.23 USD** |

| | |
|---|---|
| Paid with | AMERICAN EXPRESS x-1048 |

The transaction will appear on your statement as PayPal * PAYPAL *CATCHFIREIN

harry blumenfeld

## PayPal: easy to get, easy to use

PayPal isn't just a convenient way to shop online. It's also an easy way to send money to anyone, across town or around the world.

**Activate PayPal Now**

Invoice ID: WC-2170
**Merchant details**
CATCH A FIRE INC.
CATCH34@HOTMAIL.COM

**Customer Details**
harry blumenfeld
harry@gelspice.com

GEL-0000630



Help Center  |  Resolution Center  |  Security Center

Please do not reply to this email. To get in touch with us, click **Help & Contact**, or call 1 (888) 221-1161.

Copyright © 1999-2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000885:2253b63f463c0

3

GEL-0000631

**Harry Blumenfeld**

| | |
|---|---|
| **From:** | Pirate Mikes Inc. <admin@piratemikes.com> |
| **Sent:** | Monday, September 11, 2017 4:20 PM |
| **To:** | Harry Blumenfeld |
| **Subject:** | Your Pirate Mike's order receipt from September 11, 2017 |

## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

### Order #1430

| Product | Quantity | Price |
|---|---|---|
| Complete Seasoning | 1 | $6.00 |
| Subtotal: | | $6.00 |
| Discount: | | -$0.60 |
| Shipping: | | $7.50 via Flat Rate |
| Payment method: | | PayPal |
| Total: | | $12.90 |

### Customer details

- Email address: harry@gelspice.com
- Phone: 2013390700

1

GEL-0000632

| Billing address | Shipping address |
|---|---|
| harry blumenfeld<br>GSC<br>48 Hook Rd<br>Bayonne, NJ 07002 | harry blumenfeld<br>GSC<br>48 Hook Rd<br>Bayonne, NJ 07002 |

– Please call us if you have any questions.

2

GEL-0000633

## Harry Blumenfeld

**From:** Twisted Healthy Foods <twistednaturalfoods@gmail.com>
**Sent:** Monday, September 11, 2017 4:26 PM
**To:** Harry Blumenfeld
**Subject:** Twisted Healthy Foods - Order 22



Thank you for your interest in Twisted Healthy Foods products. Your order has been received and will be processed once payment has been confirmed.

### Order Details

**Order ID:** 22
**Date Added:** 11/09/2017
**Payment Method:** PayPal
**Shipping Method:** Per Item Shipping Rate

**Email:** harry@gelspice.com
**Telephone:** 2013390700
**IP Address:** 75.99.111.242

| Payment Address | Shipping Address |
|---|---|
| Harry Blumenfeld<br>48 Hook Rd<br>Bayonne, New Jersey 07002<br>United States | Harry Blumenfeld<br>48 Hook Rd<br>Bayonne, New Jersey 07002<br>United States |

| Product | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Complete Seasoning | 0001C | 1 | $5.00 | $5.00 |
| | | | **Sub-Total:** | $5.00 |
| | | | **Per Item Shipping Rate:** | $3.99 |
| | | | **Total:** | $8.99 |

Please reply to this email if you have any questions.

Powered By OpenCart.

1

GEL-0000634



GEL-0000635



GEL-0000636



GEL-0000637





GEL-0000639





GEL-0000641



GEL-0000642



GEL-0000643