## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BADIA SPICES, INC.**, *Plaintiff*, vs. **GEL SPICE COMPANY, INC**. *Defendant*. | Civil Action: 1:15-cv-24391-MGC |
| **GEL SPICE COMPANY, INC.**, *Counterclaim Plaintiff*, vs. **BADIA SPICES, INC.**, *Counterclaim Defendant*. | |

### SUPPLEMENTAL NOTICE OF FILING BOND

Defendant/Counterclaim Plaintiff, Gel Spice Company, Inc. ("Gel") through its undersigned counsel, pursuant to Local Rule 62.1 of the rules of this Court, hereby files the attached Supplemental Supersedeas Bond in the amount of $620,000 with the Clerk of the Court for the purposes of staying the execution of the money judgment entered in this matter.

Dated:  April 8, 2019                             Respectfully submitted,

                              By: /s/Mark E. Stein
                              Florida Bar No. 818666
                              **MARK STEIN LAW**
                              2999 N.E. 191st Street, Suite 330
                              Aventura, Florida 33180
                              Tel.: (305) 356-7550
                              mark@marksteinlaw.com

                                        Mandelbaum Salsburg
                                        Ronald D. Coleman (*Pro Hac Vice Admission*)
                                        Joel G. MacMull (*Pro Hac Vice Admission*)
                                        3 Becker Farm Rd., Suite 105,
                                        Roseland, NJ 07068
                                        Tel.: (973) 736-4600
                                        jmacmull@lawfirm.ms
                                        rcoleman@lawfirm.ms

                                        *Attorneys for Defendant – Counterclaim Plaintiff*
                                        *Gel Spice Company, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing Generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By:   /s/Mark E. Stein

## SERVICE LIST

John Cyril Malloy, III (jcmalloy@malloylaw.com)
Oliver Ruiz (oruiz@malloylaw.com)
Meredith Frank Mendez (mmendez@malloylaw.com)
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida  33129