IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BADIA SPICES, INC.**, <br><br> *Plaintiff*, <br><br> vs. <br><br> **GEL SPICE COMPANY, INC**. <br><br> *Defendant*. | Civil Action: 1:15-cv-24391-MGC |
| **GEL SPICE COMPANY, INC.**, <br><br> *Counterclaim Plaintiff*, <br><br> vs. <br><br> **BADIA SPICES, INC.**, <br><br> *Counterclaim Defendant*. | |

## NOTICE OF FILING

Defendant/Counterclaim Plaintiff, Gel Spice Company, Inc. ("Gel"), through its undersigned counsel pursuant to the Order Granting Plaintiff's Motion for Entry of Permanent Injunction (DE 288) hereby files the attached written report under oath of Andrew Kuszynski.

Dated:  November 21, 2019            Respectfully submitted,


                                         By: /s/Mark E. Stein
                                         Florida Bar No. 818666
                                         **MARK STEIN LAW**
                                         2999 N.E. 191st Street, Suite 330
                                         Aventura, Florida 33180
                                         Tel.: (305) 356-7550
                                         mark@marksteinlaw.com

Mandelbaum Salsburg
Ronald D. Coleman (*Pro Hac Vice Admission*)
Joel G. MacMull (*Pro Hac Vice Admission*)
3 Becker Farm Rd., Suite 105,
Roseland, NJ 07068
Tel.: (973) 736-4600
jmacmull@lawfirm.ms
rcoleman@lawfirm.ms

*Attorneys for Defendant – Counterclaim Plaintiff Gel Spice Company, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing Generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/Mark E. Stein

## SERVICE LIST

John Cyril Malloy, III (jcmalloy@malloylaw.com)
Oliver Ruiz (oruiz@malloylaw.com)
Meredith Frank Mendez (mmendez@malloylaw.com)
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida  33129